## In United States District Court
## For the District of Delaware

UNITED STATES OF AMERICA

v.

MICHAEL GREENE

Defendant

Criminal Complaint

**REDACTED**

CASE NUMBER: 07-234-M

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about 11/25/2007 in the District of Delaware, Defendant STEED did knowingly:

1) possess in and affecting interstate commerce, a firearm, after having been convicted on or about ~~6/1/2005~~ 5/22/06 of a crime punishable by imprisonment for a term exceeding one year,

in violation of Title __18__ United States Code, Section(s) __922(g)(1) +924(a)(2)__

I further state that I am a(n) __Special Agent, ATF__ and that this complaint is based on the following facts:

See attached Affidavit

Continued on the attached sheet and made a part hereof:   Yes

FILED
NOV 26 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

_____
Special Agent, ATF

Sworn to before me and subscribed in my presence,

__November 26, 2007__   at   __Wilmington, DE__
Date                              City and State

Honorable Leonard Stark
United States Magistrate Judge                _____
Name & Title of Judicial Officer              Signature of Judicial Officer

Paul D. Gemmato
Special Agent, ATF

Sworn to and subscribed in my presence
this 26 day of November 2007

Honorable Leonard P Stark
United States Magistrate Judge