# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

v.

*Michael Greene,*

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: *07-234-M*

I, *Michael Greene*, charged in a (complaint) (petition) pending in this District with *Being a felon in possession of a firearm* in violation of Title *18*, U.S.C., *922(g)(1) and 924(a)(2)*, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

FILED
DEC - 3 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

*[signature]*
Defendant

*12-3-07*
Date

*[signature] Keir Bradford*
Counsel for Defendant